UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARK A. FALCHOOK; DEANNA JONES FALCHOOK, <br>     Plaintiff, <br> v. <br> BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP; BANK OF AMERICA, N.A.; MERSCORP, INC. a/k/a MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COUNTRYWIDE BANK FSB, INC.; and JORGE SANTANA, <br>     Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:13-CV-170-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss the Amended Complaint as to the claims against Defendant Jorge Santana is ALLOWED. Further, Defendants' Motion to Dismiss as to Count Nine is ALLOWED and that claim is DISMISSED. The court declines to exercise supplemental jurisdiction over the remaining claims, and this action is REMANDED to Wake County Superior Court.

**This Judgment Filed and Entered on March 14, 2014, and Copies To:**

Marlon Jermaine Howard (via CM/ECF Notice of Electronic Filing)
Lauren Byers Loftis (via CM/ECF Notice of Electronic Filing)


DATE                                        JULIE A. RICHARDS, CLERK
March 14, 2014                      /s/ Susan K. Edwards
                                                   (By) Susan K. Edwards, Deputy Clerk